# THE RAMEAU LAW FIRM

16 Court Street, Suite 2504
Brooklyn, NY 11241

| | |
|---|---|
| AMY RAMEAU, ESQ.* | *Admitted in New York, New Jersey, |
| amywmrameau@hotmail.com | Eastern and Southern Districts of New York |
| | |
| AFSAAN SALEEM, ESQ.+ | +Admitted in New York, |
| saleemlawny@gmail.com | Eastern and Southern Districts of New York |

February 2, 2016

**VIA ECF**

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Kashawn Wright v. City of New York, et al.</u>, 14 CV 6873 (RJD)(RML)

Your Honor:

      I represent the plaintiff in the above-referenced action.  I write with defense counsel to seek a further 60-day extension of time to complete discovery from today to April 4, 2016.  This request is the parties' third request for an extension.

      The extension is needed because the parties had explored the option of settling this case. However, that is not likely at this time. Furthermore, the counsels' respective schedules and the plaintiff's incarceration has presented difficulties in scheduling and conducting depositions.  Accordingly, the parties seek this additional time to complete the outstanding discovery.  We thank the Court for its consideration of this request.

Sincerely,

Afsaan Saleem

cc:  Senior Counsel Joshua J. Lax