# THE RAMEAU LAW FIRM

16 Court Street, Suite 2504
Brooklyn, NY 11241

AMY RAMEAU, ESQ.*　　　　　　　　　　　　　　　　　　　*Admitted in New York, New Jersey,
　　　　　　　　　　　　　　　　　　　　Eastern and Southern Districts of New York

AFSAAN SALEEM, ESQ.+　　　　　　　　　　　　　　　　　　+Admitted in New York,
　　　　　　　　　　　　　　　　　　　　Eastern and Southern Districts of New York

　　　　　　　　　　　　　　　　　　　　　　　+Admitted in New York
JOSEPH RUSSO, ESQ.+　　　　　　　　　　　　　　　Eastern District of New York

July 8, 2016

**VIA ECF**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Kashawn Wright v. City of New York, et al.</u>, 14 CV 6873 (RJD)(RML)

Your Honor:

　　　I represent the plaintiff in the above-referenced action. Defense counsel and I jointly request one additional week to submit the Joint Pre-Trial Order from today, July 8th to July 15th. This is the parties' first request for an extension.
　　　The extension is needed because the parties need additional times to confirm that there are no additional audio or video files and plaintiff needs to add in exhibits that he plans to use for impeachment purposes which he inadvertently omitted. We thank the Court for its consideration of this request.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Afsaan Saleem
　　　　　　　　　　　　　　　　　　　　　　　Afsaan Saleem

cc: Senior Counsel Joshua J. Lax

Tel: (718) 852-4759
　　 (718) 875-1173
Fax: (718) 875-5440

therameaulawfirm.com